IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 1:11-CR-12 (WLS) |
| | : | |
| RON GOSS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

     Before the Court are Defendant Ron Goss's *pro se* Motion for Modification of Term of Imprisonment (Doc. 839) and Motion to Amend Modification of Sentence. Defendant moves for a sentence reduction pursuant to Amendment 782 to U.S.S.C. Section 2D1.1, the Sentencing Guidelines Drug Quantity Table. However, Amendment 782 does not take effect until November 1, 2014 and any motions based on the amendment filed prior to that date are premature. Furthermore, any motions to consider the factors described in Section 1B1.10 and the accompanying commentary are premature as Section 1B1.10 only allows sentencing reductions where a guideline range has been amended. Here, since Amendment 782 has not yet gone into effect, Defendant cannot invoke Section 1B1.10 in seeking a sentence reduction. Defendant's Motions (Docs. 839, 840) are therefore **DENIED** without prejudice.

     **SO ORDERED**, this 15th day of October, 2014.

                                                     /s/ W. Louis Sands
                                                     **W. LOUIS SANDS, JUDGE**
                                                     **UNITED STATES DISTRICT COURT**